No. 847. CITIES SERVICE OIL CO. *v.* DUNLAP ET AL. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs.*

618

*Clayton L. Orn, David D. Trammell,* and *Hayes McCoy* for petitioner. *Mr. Angus G. Wynne* for respondents.

